JASON R. MAIER, ESQ.
Nevada Bar No. 8557
STEPHEN G. CLOUGH, ESQ.
Nevada Bar No. 10549
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
E-mail: jrm@mgalaw.com
sgc@mgalaw.com

*Attorneys for Plaintiff Donna M. Smith*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONNA M. SMITH, an individual, | Case No.: 2:18-cv-00957-JCM-PAL |
| Plaintiff, | **FOURTH JOINT STATUS REPORT** |
| vs. | **SUBMITTED PURSUANT TO ECF NO. 47** |
| SAM'S WEST, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Pursuant to the Third Joint Status Report filed on February 1, 2019, [ECF No. 47], plaintiff Donna M. Smith ("Plaintiff"), by and through her attorneys of record, the law firm MAIER GUTIERREZ & ASSOCIATES, and defendant Sam's West, Inc. ("Defendant"), by and through its attorneys of record, the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC, hereby submit this joint status report regarding the removed action.

/ / /

/ / /

/ / /

/ / /

/ / /

1

**1. Status of the Action:**

The parties attended mediation on February 26, 2019, with Paul Haire, Esq., of Advanced Resolution Management, and the matter was successfully resolved. The parties anticipate filing a stipulation and order for dismissal with prejudice within 30 days.

DATED this 27th day of February, 2019.　　　　　DATED this 27th day of February, 2019.

**MAIER GUTIERREZ & ASSOCIATES**　　　　　　**PHILLIPS, SPALLAS & ANGSTADT LLC**

__/s/ Jason R. Maier_____　　　　 __/s/ Timothy D. Kuhls_____
JASON R. MAIER, ESQ.　　　　　　　　　　　　ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 8557　　　　　　　　　　　　　Nevada Bar No. 11441
STEPHEN G. CLOUGH, ESQ.　　　　　　　　　　TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 10549　　　　　　　　　　　　 Nevada Bar No. 13362
8816 Spanish Ridge Avenue　　　　　　　　　　504 South Ninth Street
Las Vegas, Nevada 89148　　　　　　　　　　　Las Vegas, Nevada 89101
*Attorneys for Plaintiff Donna M. Smith*　　　　　 *Attorneys for Defendant Sam's West, Inc.*

**IT IS ORDERED** that the parties shall have until **March 27, 2019** to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: February 28, 2019

_____
Peggy A. Leen
United States Magistrate Judge