ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Attorneys for Defendant*
*Sam's West, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONNA M. SMITH, an individual,<br><br>Plaintiff,<br>v.<br><br>SAM'S WEST, INC. a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00957-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that party's own costs and attorney's fees.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

DATED this 20 day of March, 2019.                    DATED this 22nd day of March, 2019.

**MAIRER GUTIERREZ & ASSOCIATES**                    **PHILLIPS, SPALLAS & ANGSTADT**

_____                    #12980
Jason R. Maier, Esq.                                 _____
Nevada Bar No. 8557                                  Timothy D. Kuhls, Esq.
8816 Spanish Ridge Avenue                            Nevada Bar No. 13362
Las Vegas, NV 89148                                  504 South Ninth Street
*Attorneys for Plaintiff*                            Las Vegas, Nevada 89101
*Donna M. Smith*                                     *Attorneys for Defendant*
                                                     *Sam's West, Inc.*

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED March 26, 2019.

_____
**UNITED STATES DISTRICT JUDGE**